

**ORDERED in the Southern District of Florida on May 29, 2019.**

**Mindy A. Mora, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In Re:                                                          Case No. 19-11684-MAM
                                                                       Chapter 7
YOLETTE E SANGUINETTI

     Debtor

                          /

**ORDER DENYING MOTION TO AVOID JUDICIAL LIEN OF**
**JPMORGAN CHASE BANK, N.A.**

THIS CAUSE came before the Court on May 21, 2019 upon the Debtor's Motion to

Avoid Judicial Lien Under 11 U.S.C. § 522(f) of JPMorgan Chase Bank, N.A., as Successor in

Interest to Washington Mutual Bank, on Exempt Property (DE #41).  For the reasons stated on

the record at the hearing, it is hereby,

**ORDERED**:

1. The Debtor's Motion to Avoid Judicial Lien of JPMorgan Chase Bank, N.A. (DE

   #41) is DENIED.

PH 96527

2.  The State Court has previously ruled on the validity of the Creditor's Mortgage and

    this Court considers the matter *res judicata*.


*        *        *


**Order Submitted By:**

Stefan Beuge, Esq., Florida Bar No. 68234
Phelan Hallinan Diamond & Jones, PLLC
2001 NW 64th Street, Suite 101
Ft. Lauderdale, FL 33309
Tel: 954-462-7000 Ext. 56588
Fax: 954-462-7001
FLSD.bankruptcy@phelanhallinan.com

The party submitting the order shall serve a copy of the signed order on all required parties and
file with the court a certificate of service conforming with Local Rule 2002-1(F).

PH 96527