

**ORDERED in the Southern District of Florida on January 30, 2020.**

_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                                                                   Chapter 7

YOLETTE E SANGUINETTI                                       Case No. 19-11684-MAM

    Debtor.
_____/

### ORDER SUSTAINING TRUSTEE'S OBJECTION(S) TO CLAIM(S)

This matter having been considered without hearing upon the Trustee's Objection to Claim(s), (ECF#68), and the objector by submitting this form or order having represented that the objection was served on the parties listed below, that the 30-day response time provided by Local Rule 3007-1(D) has expired, that no one listed below has filed, or served on the objector, a response to the objection, and that the relief to be granted in this order is the identical relief requested in the objection, and this court having considered the basis for the objection to the claim, it is

**ORDERED** that the Trustee's objection to the following claim(s) are sustained**:**

1. The Trustee's objection to claim no. 2 filed by JP Morgan Chase Bank is sustained. The secured portion of the claimant's claim in the amount of $500,000.00 is stricken. The general unsecured portion of the claim in the amount of $150,079.36 is allowed.

### 

**Submitted by:**
Robert C. Furr, Trustee
2255 Glades Road, Suite 301E
Boca Raton, FL 33431
Telephone: (561) 395-1840
Facsimile: (561) 338-7532
Email:  trustee@furrtrustee.com

**Copies Furnished to:**
Robert C. Furr, Trustee

**Trustee Furr is directed to serve a conformed copy of this Order on those parties listed below via the manner stated and to file a Certificate of Service with the Court.**

**Via Electronic Notice:**

- **Marc P Barmat**    mbarmat@furrcohen.com, rrivera@furrcohen.com;atty_furrcohen@bluestylus.com
- **Stefan Beuge**    flsd.bankruptcy@phelanhallinan.com, Stefan.Beuge@phelanhallinan.com
- **Robert C Furr**    danderson@furrcohen.com, rcf@trustesolutions.net
- **Justin R Infurna**    justin@infurnalaw.com, Heidi@infurnalaw.com;eservice@infurnalaw.com
- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov
- **Rebecca A Rodriguez**    rebecca.rodriguez@gray-robinson.com, jenny.sica@gray-robinson.com;dgoodacre@gray-robinson.com

**Via Mail Notice:**

JPMorgan Chase Bank, N.A., Chase Records Center
Attn: Correspondence Mail, Mail Code LA4
700 Kansas Lane
Monroe, LA 71203

Stefan Beuge, Esq.
Phelan Hallinan Diamond & Jones PLLC
2001 NW 64th Street, Suite 100
Fort Lauderdale, FL  3309

**Yolette E Sanguinetti**
15310 Earhart Pl
Wellington, FL 33414